FILED

2010 Aug-13  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY WARREN,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:09-CV-1025-RRA** |
| | } | |
| **CITY OF BIRMINGHAM, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## <u>ORDER</u>

This case is before the court on the Magistrate Judge's Report and Recommendation (Doc. #57), entered June 23, 2010. Consistent with the Memorandum Opinion entered contemporaneously herewith, the Report and Recommendation is **ADOPTED**. Accordingly, Defendants City of Hoover and McDuffy's Motion to Dismiss (Doc. #37), filed January 25, 2010, is **GRANTED**, and the court **ORDERS** as follows:

1.      Plaintiff's Count Four (Failure to Supervise), insofar as it contains a claim against Defendant City of Hoover, is **DISMISSED WITH PREJUDICE**.

2.      Plaintiff's Count Five (Inadequate Training), insofar as it contains a claim against Defendant City of Hoover, is **DISMISSED WITH PREJUDICE**.

3.      Plaintiff's Count Eight (Denial of Due Process), insofar as it contains a claim against Defendants City of Hoover and McDuffy, is **DISMISSED WITH PREJUDICE**.

4.      Plaintiff's Count Nine (Civil Conspiracy), insofar as it contains a claim against Defendant McDuffy, is **DISMISSED WITH PREJUDICE**.

5.      Plaintiff's Count Eleven (Outrage), insofar as it contains a claim against Defendant McDuffy, is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this _____13th_____ day of August, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE