FILED
2011 Jun-24 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY WARREN,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| VS. ) | **CIVIL ACTION NO.** |
| ) | **CV 09-RRA-1025-S** |
| ) | |
| **CITY OF BIRMINGHAM, et al,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

### MOTION FOR SUMMARY JUDGMENT
### BY DEFENDANT, THOMAS CLEVELAND

Comes now the defendant, Thomas Cleveland, and moves this Court to enter summary judgment in his favor and in support thereof, shows unto the Court as follows:

1. For the sake of judicial economy, the defendant, Thomas Cleveland, adopts herein and incorporates by reference the same legal arguments that are contained within the Summary Judgment Brief of Officer Kenneth Prevo.

2. The defendant Cleveland does not feel it is necessary to duplicate the same legal arguments that are relevant to the defendants.

WHEREFORE, the defendant, Thomas Cleveland, would ask this Honorable Court to enter summary judgment on his favor on all counts of plaintiff's Complaint and dismiss him with prejudice.

    s/Timothy P. Donahue
Timothy P. Donahue, Esquire
**DONAHUE & ASSOCIATES, LLC**
1020 22nd Street, South
Birmingham, AL 35205
Phone: (205) 871-8858; Fax: (205) 879-1679
Email:   Tpdonahue@aol.com

### CERTIFICATE OF SERVICE

    I hereby certify that on   24th   Day of   June  , 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Wendy Brooks Crew, Esquire
Rita H. Scott, Esquire
Sybil Corley Howell, Esquire
CREW & HOWELL, P.C.
2001 Park Place North
Suite 550
Birmingham, Alabama 35203

Gayle H. Gear, Esquire
2229 Morris Avenue
Suite B
Birmingham, Alabama 35203

Randy A. Dempsey, Esquire
1122 22nd Street North
Civic Center Professional Building
Birmingham, Alabama 35234

    s/Timothy P. Donahue
OF COUNSEL